1 Joseph H. Harrington
2 Acting United States Attorney
  Eastern District of Washington
3 Matthew A. Stone
4 Assistant United States Attorney
  402 E. Yakima Ave., Suite 210
5 Yakima, WA 98901
6 Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 1:21-CR-2021-SAB |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 922(g)(1), 924(a)(2) |
| NICHOLAS WILLIAM MILLER, | Felon in Possession of a Firearm |
| Defendant. | (Counts 1 and 2) |
| | 18 U.S.C. § 924, 28 U.S.C. §2461 Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about December 26, 2019, in the Eastern District of Washington, the Defendant, NICHOLAS WILLIAM MILLER, knowing of his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a

INDICTMENT – 1

Heritage Manufacturing Inc. Rough Rider, .22 caliber revolver, bearing serial number HZ88007, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## COUNT 2

On or about April 21, 2020, in the Eastern District of Washington, the Defendant, NICHOLAS WILLIAM MILLER, knowing of his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Ruger Super Single Six, .22 caliber revolver, bearing serial number 522757, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in Counts 1 and 2 of this Indictment, the Defendant, NICHOLAS WILLIAM MILLER, shall forfeit to the United States of America any firearms and ammunition involved or used in the commission of the offense(s), including, but not limited to:

INDICTMENT – 2

- a Heritage Manufacturing Inc. Rough Rider, .22 caliber revolver, bearing serial number HZ88007 (Count 1);
- a Ruger Super Single Six, .22 caliber revolver, bearing serial number 522757 (Count 2); and
- Six (6) rounds of assorted .22 caliber ammunition.

DATED this 13th day of July, 2021.

A TRUE BILL

_____
Joseph H. Harrington
Acting United States Attorney

*[signature]*
_____
Thomas J. Hanlon
Supervisory Assistant United States Attorney

*[signature]*
_____
Matthew A. Stone
Assistant United States Attorney

INDICTMENT – 3