FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS WILLIAM MILLER,<br><br>Defendant. | No. 1:21-CR-02021-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 29, 30** |

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 29) and related Motion to Expedite (ECF No. 30). Defendant was represented on these Motions by Assistant Federal Defender Nick Mirr.

Defendant requests that the Court modify Special Condition No. 10 by removing the requirement of home detention, and replacing it with a curfew. ECF No. 29. The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's request in this regard. *Id*.

The Court, having reviewed the Motion and finding good cause therefor, **HEREBY ORDERS:**

1. Defendant's Motion to Expedite (**ECF No. 30**) is **GRANTED**.

2. Defendant's Motion to Modify Conditions of Release (**ECF No. 29**) is **GRANTED**.

ORDER - 1

3.      **Special Condition No. 10 (ECF No. 21) is MODIFIED** in its entirety to read **as follows:**

      10.    Defendant shall be restricted to his approved residence every day from 9:00 p.m. to 7:00 a.m., and as modified by the supervising United States Probation/Pretrial Services Officer.

4.      All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED January 24, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2