FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs. Miller, Nickolis William      Docket No.    0980 1:21CR02021-SAB-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Nickolis William Miller, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 14th day of October 2022, under the following conditions:

**Special Conditions of Release #7:** Defendant shall refrain from any use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 17, 2022, the conditions of release were reviewed and signed by Mr. Miller acknowledging an understanding of his conditions.

**Violation #1:** Mr. Miller is alleged to be in violation of his pretrial release conditions by consuming alcohol on or about June 5, 2023.

On June 6, 2023, this officer conducted a home inspection at Mr. Miller's listed residence. While at the residence, this officer conducted a urinalysis (UA), which showed instant results of negative for controlled substances. This officer advised Mr. Miller that the UA would be sent to the laboratory to be tested for alcohol. Mr. Miller then admitted to this officer that he consumed alcohol late Sunday evening into Monday morning, June 5, 2023. Mr. Miller stated he had made a poor decision while hanging out with friends and playing pool. This officer explained to Mr. Miller that his violation would be reported to the Court as a no action if he had a plan to address the violation and begin a clean and sober lifestyle. Mr. Miller voiced his understanding and signed an admission form admitting his alcohol consumption on June 5, 2023. Mr. Miller agreed to provide weekly UAs and attend two Alcoholics Anonymous/Narcotics Anonymous meetings a week, until his sentencing date on June 28, 2023, at 10 a.m.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: June 21, 2023 |
| by | s/Kyle Mowatt |
|  | Kyle Mowatt<br>U.S. Pretrial Services Officer |

PS-8

**Re: Miller,, Nickolis William**
**June 21, 2023**
**Page 2**

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*
Signature of Judicial Officer

June 22, 2023
Date